UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WAYNE A. MELANCON, JR. (#157797)

VERSUS

ASCENSION PARISH SHERIFF OFFICE, ET AL.

CIVIL ACTION

NO. 14-486-JJB-EWD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated July 18, 2017 (doc. no. 96) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, Plaintiff's claims asserted against Defendants Jon Small and Tie Gautreau are DISMISSED, without prejudice, for failure of Plaintiff to prosecute this proceeding against them. Further, in accordance with Local Rule 41 of this Court, the Order of Dismissal shall provide for reinstatement of Plaintiff's claims asserted against these Defendants upon a showing of good cause within thirty days, and this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on August 8, 2017.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA